MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SERRIN TURNER (ST-0646)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:   (212) 637-2701
Facsimile:   (212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                           :
UNITED STATES OF AMERICA,                  :
                                           :
              Plaintiff,                   :
                                           :
       -v.-                                :       07 Civ. 6458 (VM)
                                           :
MILES A. GALIN,                            :       ECF Case
                                           :
              Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF VOLUNTARY DISMISSAL

WHEREAS, due to an administrative oversight, this complaint was filed in error after an identical complaint had already been filed in this Court under a different docket number, *see United States of America v. Galin*, 07 Civ. 6402 (RJH) (DFE) (filed Jul. 13 2007),

PLEASE TAKE NOTICE that this case is hereby voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) and that *United States v. Galin*, 07 Civ. 6402 (RJH) (DFE) (filed Jul. 13 2007), will proceed.

Dated: New York, New York         MICHAEL J. GARCIA
       July 20, 2007              United States Attorney for the
                                  Southern District of New York
                                  Attorney for the United States of America

                         By:      /s/ Serrin Turner
                                  SERRIN TURNER (ST–0646)
                                  Assistant United States Attorney
                                  86 Chambers Street, 3rd Floor
                                  New York, New York 10007