```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-07
```

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SERRIN TURNER (ST-0646)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:   (212) 637-2701
Facsimile:    (212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,

           Plaintiff,

    -v.-                                 07 Civ. 6458 (VM)

MILES A. GALIN,                 ECF Case

           Defendant.
------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

WHEREAS, due to an administrative oversight, this complaint was filed in error after an identical complaint had already been filed in this Court under a different docket number, *see United States of America v. Galin*, 07 Civ. 6402 (RJH) (DFE) (filed Jul. 13 2007),

PLEASE TAKE NOTICE that this case is hereby voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) and that *United States v. Galin*, 07 Civ. 6402 (RJH) (DFE) (filed Jul. 13 2007), will proceed.

Dated: New York, New York
          July 20, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America

By:     /s/ Serrin Turner
SERRIN TURNER (ST–0646)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007

SO ORDERED: *The Clerk of Court is directed to close this case.*

7-23-07
DATE    VICTOR MARRERO, U.S.D.J.